IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 21-mj-7055-MAB |
| | ) | |
| JOSEPH P. COUNTS | ) | Title 26 |
| | ) | United States Code, |
| Defendant | ) | Section 5861(d) |
| | ) | |

## CRIMINAL COMPLAINT

I, Matthew Inlow, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief:

### COUNT 1

### Possession of an Unregistered Firearm

On or about April 26, 2021, in St. Clair County, within the Southern District of Illinois,

### JOSEPH P. COUNTS,

defendant herein, did knowingly possess a firearm, that is a Rock River Arms, Model LAR-15M, 300 Black Out Caliber bearing serial number SM200243, with a barrel of less than 16 inches, as described in Title 26 United States Code, Section 5845(a)(1), and commonly referred to as a sawed-off rifle or short barrel rifle, which had not been registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code Sections 5841, 5861(d), and 5871.

### AFFIDAVIT

Your affiant is a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) currently assigned to the Fairview Heights, Illinois Field Office and has been

so employed since September 2001. Your affiant was previous employed as a United States Secret Service Uniformed Division Police Officer from November of 2000 through September of 2001. Your affiant is responsible for investigating violations of federal firearms laws, including Title 18 United States Code Section 922 which pertains to the violations covered by the Gun Control and Act and Title 26 United States Code which pertains to violations covered by the National Firearms Act. The statements contained in this affidavit are based on the investigation of your Affiant, as well as information derived from reports and interviews of the law enforcement officers and witnesses named herein.

In support of this Complaint, your Affiant states as follows:

1. On April 26, 2021, around 1:30 a.m., Illinois State Police Sgt. Brian Ewing was on patrol in District 11, within the Southern District of Illinois, and was notified of a vehicle off the roadway near the west bound entrance to the Martin Luther King (MLK) Bridge in East St. Louis, Illinois. Sgt. Ewing arrived to that location and located a tan colored Ford SUV bearing Missouri registration off the roadway appearing to be stuck on stop of a rocky hill with its rear end elevated in the air. Sgt. Ewing observed the driver, later identified as Joseph P. COUNTS, open the driver's door, and exit the vehicle. Sgt. Ewing made contact with COUNTS and observed COUNTS to be holding a cell phone in his right hand and noticed a black clip consistent with clips used with firearm holsters near the waistband of his pants under an untucked shirt. Sgt. Ewing observed COUNTS' eyes to be bloodshot and glassy and that COUNTS smelled of alcohol. Sgt. Ewing asked COUNTS if he possessed a firearm and COUNTS confirmed that he was in possession of a black colored firearm that was holstered inside the front waistband of his pants. At this time COUNTS began disobeying commands and would not surrender his person, his

cell phone, or his firearm.

2. Sgt. Ewing requested assistance to be expedited to his location and other Illinois State Police Troopers and Officer's from other Agencies began responding to his location. Sgt. Ewing was able to talk with COUNTS to obtain his identity, however, Counts would not obey commands to surrender to Law Enforcement. Sgt. Ewing received information that COUNTS' Driver's License was suspended through the State of Maine. Sgt. Ewing advised COUNTS that he was going to be taken into custody.

3. Approximately one hour later, law enforcement attempted to help COUNTS with determining his location on his cell phone to gain control of COUNTS. Sgt. Ewing took the phone from COUNTS and attempted to gain control of COUNTS by grabbing COUNTS' hand. COUNTS pulled away from Sgt. Ewing and when Sgt. Ewing drew his department issued Taser, COUNTS drew his firearm and pointed it in the direction of Sgt. Barge. Sgt. Ewing and Sgt. Barge took cover behind their squad cars and COUNTS continued to disobey commands to discard his firearm and surrender to Law Enforcement. Law Enforcement continued to negotiate with COUNTS in order to get him to surrender while more Law Enforcement Officers began to arrive to assist with the ongoing standoff. During the time frame of the standoff, COUNTS remained armed and refused to disarm himself while he was communicating with Law Enforcement. During the interaction, COUNTS confirmed that the firearm was back in the holster in his waist band as COUNTS had entered and exited his vehicle several times.

4. Nearly 3 hours later, Law Enforcement was able to deploy a Taser and take COUNTS into custody. At the time of his arrest, COUNTS possessed a Glock, Model 22, .40 Caliber Pistol, bearing Serial Number BRZB303 with a live round in the chamber and a

magazine loaded with 15 live rounds on his person. COUNTS' vehicle was inventoried for tow per Illinois State Police Policy pursuant to the arrest of COUNTS. Illinois State Police located a Bushmaster, Model XM15-E2S, .223/5.56 Caliber Rifle, Bearing Serial Number ARG503024 with one live round in the chamber and a magazine containing 28 live rounds, a Rock River Arms, Model LAR-15M, 300 Black Out Caliber Rifle, Bearing Serial Number SM200243 with a barrel less than 16 inches with one live round in the chamber and a magazine containing 30 live rounds, all on the center row passenger seat inside the vehicle. Law Enforcement also recovered a backpack from the vehicle which contained spent brass casings from several calibers, ear plugs, tools, a compass, flashlights, fire starter, sheath knife, a Glock, Model 17, 9mm Caliber Pistol, Bearing Serial Number BGXP775 loaded with one live round in the chamber and a magazine containing 16 live rounds, a Kimber, Model Aegis Elite Custom, .45 Caliber Pistol, Bearing Serial Number K738138 and a magazine containing 8 live rounds. The backpack also contained three Glock .40 caliber magazines each loaded with 15 live rounds, three Glock 9mm caliber magazines each loaded with 17 live rounds, Two Glock 9mm caliber magazines each loaded with 6 live rounds, Two Kimpro magazines each loaded with 8 live rounds, One 300 Black Out magazine loaded with 26 live rounds, One 300 Black Out magazine loaded with 27 live rounds, One 300 Black out magazine loaded with 30 live rounds, Four 5.56 caliber magazines each loaded with 20 live rounds, One box of Winchester .45 caliber ammunition containing 20 live rounds, and one live 12 gauge shotgun slug. Inside the center console, Law Enforcement recovered One Glock .40 Caliber Magazine loaded with 15 live rounds and Two Glock 9mm Caliber magazines each loaded with 16 live rounds. On the center row passenger seat Law Enforcement

recovered one box of PMC .40 caliber ammunition containing 50 live rounds of ammunition. All of the above items were seized by the Illinois State Police.

5. After his arrest, COUNTS agreed to participate in an interview. This interview took place after COUNTS was able to sleep for several hours and no longer appeared under the influence of alcohol. Sgt. Ewing advised COUNTS of his Miranda Rights and COUNTS acknowledged his understanding of his Miranda Rights and agreed to speak with Law Enforcement. COUNTS stated that he had been drinking before his arrest and had been stuck for approximately an hour before Law Enforcement arrived. COUNTS stated that he was aware that Sgt. Ewing was a Police Officer and that he had disclosed being armed with a firearm. COUNTS acknowledged that he had refused to follow commands and the request by Law Enforcement to secure the firearm stating that he did not feel comfortable relinquishing the firearm due to the circumstances of a previous arrest in Maine. COUNTS also described how he received his firearms back after a previous arrest which had resulted in him spending 100 days in jail. COUNTS acknowledged unholstering and drawing his firearm on Sgt. Ewing and Sgt. Barge for the purpose of defending himself, claiming that he felt threatened. COUNTS initially identified one of the rifles as an "SBR" or short Barreled Rifle. COUNTS went on to describe buying an "upper" from a gun store and swapping it out with the original 16 inch barrel on the Rock River, but denied knowing how long the swapped barrel was. COUNTS then tried to deny that it was an "SBR" or Short Barreled Rifle. COUNTS denied having a tax stamp for an "SBR" from the Bureau of Alcohol, Tobacco and Firearms, while he referenced people at the shooting range talking about the $200.00 tax stamp. COUNTS stated the only firearm that he made significant modifications to was the Rock River Arms by

5

changing the barrel and the upper receiver.

6. On April 28, 2021, SS/A Inlow requested a query be conducted through the ATF National Firearms Act Branch. SS/A Inlow provided the National Firearms Act Branch with the personal identifiers of COUNTS and with the description of the firearm Rock River Arms, Model LAR-15M, 300 Black Out Caliber bearing serial number SM200243 to be compared against the National Firearms Registration and Transfer Record and received negative results both for COUNTS and for the firearm. Thus neither COUNTS nor the firearm described have ever been registered with the National Firearms Registration and Transfer Record as required.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

MATTHEW INLOW
Digitally signed by MATTHEW INLOW
Date: 2021.05.04 14:48:56 -05'00'

MATTHEW R. INLOW
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

STEVEN D. WEINHOEFT
United States Attorney

Alexandria Burns
Assistant United States Attorney

Sworn on the 5th day of May 2021, in East Saint Louis, Illinois, within the Southern District of Illinois.

MARK A. BEATTY
United States Magistrate Judge

6